# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LYDIA MCCOY

VERSUS

JOSEPH PAUL MCCOY

NO.   2022 CW 0235

**JULY 05, 2022**

---

In Re:    Lydia McCoy, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No.
          112474.

---

**BEFORE:    McCLENDON, WELCH, AND HESTER, JJ.**

　　　　**WRIT DENIED.** We note that Exhibits A1, A3, B1, B2, E1 through E13, F1, F2, FWB, F3, F4, F6, and F7 through F11 filed into evidence on August 25, 2020, as well as Defendant's Exhibits 2, 3, 4, 5, 6, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, and 28 filed into evidence on October 21, 2020, are included with the record on appeal. The referenced exhibits, while not included in the bound volumes, are included in the evidence folders that were sent to this court along with the initial two bound volumes. Moreover, on June 22, 2022, the district court supplemented the record with Exhibit F-13 (R. 469). Additionally, on June 22, 2022, the record was also supplemented with the following: 1) the October 21, 2020 transcript of the hearing on the traversals (R. 490-559); 2) the January 27, 2020 transcript of the hearing on plaintiff's motion to compel discovery (R. 591-614); 3) plaintiff's "Motion to Amend Judgement Pursuant to La Code Civ Pro 1951 Due to Calculation Errors" filed on August 9, 2021 (R. 470-473); 4) "Order to Show Cause" on plaintiff's motion to amend judgment due to calculation errors (R. 474); 5) the October 13, 2021 transcript of the hearing on the plaintiff's motion to amend the judgment pursuant to Article 1951 and the clerk's motion to dismiss the appeal (R. 560-590); and 6) the November 5, 2021 Order on Motion to Amend Judgment (R. 488).

　　　　　　　　　　　　　**PMc**
　　　　　　　　　　　　　**JEW**
　　　　　　　　　　　　　**CHH**

COURT OF APPEAL, FIRST CIRCUIT

---
DEPUTY CLERK OF COURT
FOR THE COURT